IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KAMALUDDEEN RAHEEM RUSSAW, and DAJIA BRUNSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 1:14-CV-1157-WKW |
| SCOTT OWENS, *et al.*, | ) ) | |
| Defendants. | ) | |

## **ORDER**

On January 21, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 26.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation is ADOPTED; and

(2) This case is DISMISSED without prejudice prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

A separate final judgment will be entered.

DONE this 10th day of February, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE